[No. 19066-4-II.    Division Two.    September 13, 1996.]

THEODORE W. NEWMAN, *Appellant*, v.
W. COY WOOD, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 88-2-03013-3, Frederick B. Hayes, J., entered December 8, 1994. *Reversed* by unpublished opinion per Armstrong, J., concurred in by Morgan and Turner, JJ.

[No. 19582-8-II.    Division Two.    September 13, 1996.]

THE STATE OF WASHINGTON, *Appellant*, v.
STEVEN CANON, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 95-8-00067-1, Sergio Armijo, J., entered May 24, 1995. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Houghton, A.C.J., and Bridgewater, J.

[No. 33022-5-I.    Division One.    September 16, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v.
OTAGUS DEMOND COVERSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 93-1-00527-6, LeRoy McCullough, J., entered July 9, 1993. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Kennedy, A.C.J., and Cox, J.

[No. 34201-1-I.    Division One.    September 16, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v.
KENNETH ARLEN SWEENEY, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 93-1-01267-0, Kathryn E. Trumbull, J., entered February 23, 1994. *Reversed* by unpublished opinion per Grosse, J., concurred in by Baker, C.J., and Cox, J.